IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2007 JUN 18 A 11: 49

| | |
|---|---|
| ARTIS WILLIAMS and BEVERLY WILLIAMS,  )<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>CNH AMERICA, LLC, et al.,  )<br>)<br>Defendants.  )<br>) | CIVIL ACTION NO.<br>2:07cv538-MEF |

## CORPORATE/CONFLICT DISCLOSURE STATEMENT

In accordance with the order of this Court, Defendant CNH America LLC hereby makes the following disclosure concerning parent companies, subsidiaries, affiliates, partnerships, joint ventures and other entities reportable under the provisions of the Middle District of Alabama's General Order 00-mc-3047:

Case New Holland Inc. is the sole member of CNH America LLC with 100% ownership. CNH Global N.V. owns 100% of Case New Holland Inc. CNH Global N.V. is a publicly traded company.

_____
One of the Attorneys for Defendant
CNH America, LLC

OF COUNSEL:
Jere F. White, Jr. (WHI007)
J. Chandler Bailey (BAI043)
Hyde Carby (CAR175)
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama 35203-3200
(205) 581-0700
(205) 581-0799 (fax)

## CERTIFICATE OF SERVICE

This is to certify that on this 18th day of June, 2007, a true and correct copy of the foregoing was served on counsel of record by depositing a copy of same in the United States Mail, postage prepaid, properly addressed to

    Jere L. Beasley, Esq.
    J. Gregg Allen, Esq.
    Beasley, Allen, Crow, Methvin,
     Portis & Miles, P.C.
    P. O. Box 4160
    Montgomery, AL 36104

    L. Shane Seaborn, Esq.
    Myron C. Penn, Esq.
    Penn & Seaborn, LLC
    P. O. Box 688
    Clayton, AL 36016

    Michael M. Eley, Esq.
    Webb & Eley, P.C.
    PO Box 240909
    Montgomery, AL 36124

_____
Of Counsel