IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ARTIS WILLIAMS and BEVERLY WILLIAMS, Individually and as a dependent and next friend of Artis Williams, | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | ) CASE NO. 2007-CV-538 |
| CNH AMERICA, LLC; BULLOCK COUNTY COMMISSION, et al. | )<br>)<br>)<br>) |
| Defendants. | ) |

## MOTION TO REMAND

Plaintiffs hereby move this Court to remand this case to the Circuit Court for Bullock County, Alabama from which it was removed. As grounds therefor, Plaintiffs would show that this case was filed on May 11, 2007 in the Circuit Court for Bullock County, Alabama. On or about June 18, 2007, Defendant CNH America, LLC, filed a Notice for Removal to this Court. The case should be remanded because the Court lacks subject matter jurisdiction because complete diversity of the parties do not exist as required by 28 USC §1332. The Plaintiffs are Alabama residents. Co-Defendant Bullock County Commission is an Alabama entity organized and existing under the laws of the State of Alabama. Bullock County Commission has not been fraudulently joined. Actions against both Defendants arise out of the same incident and there are questions of law and fact common to both claims. Further, 28 USC §1445(c) prohibits removal of actions arising under the worker's compensation laws.

For the reasons stated herein and more thoroughly set out in the Brief in Support of Motion to Remand, Plaintiffs move that this case be remanded to the Circuit Court for Bullock County, Alabama.

1

        /s/ Jere L. Beasley
        JERE L. BEASLEY (BEA020)
        J. GREG ALLEN (ALL021)
        Attorneys for Plaintiffs

OF COUNSEL:

BEASLEY, ALLEN, CROW,
  METHVIN, PORTIS & MILES, P.C.
P.O. Box 4160
Montgomery, AL 36104
(334) 269-2343

PENN & SEABORN, LLC
P. O. Box 688
Clayton, AL 36016
(334) 738-4486

## CERTIFICATE OF SERVICE

    I hereby certify that I have electronically filed and served through Alafile the above and foregoing document upon all interested parties on this the 6th day July, 2007, as follows:

        /s/ Jere L. Beasley
        OF COUNSEL

**Attys. for Defendant CNH America LLC**
Jere F. White, Jr.
J. Chandler Bailey
Hyde Carby
Lightfoot, Franklin & White LLC
The Clark Building
400 North 20th Street
Birmingham, AL 35203-3200

**Atty. for Defendant**
**Bullock County Commission**
Michael M. Eley
Webb & Eley, P.C.
P.O. Box 240909
Montgomery, AL 36124