IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ARTIS WILLIAMS, *et al.,*                    )
                                             )
        Plaintiffs,                          )
v.                                           )    CASE NO. 2:07-cv-538-MEF
                                             )
CNH AMERICA, LLC, *et al.,*                  )
                                             )
        Defendants.                          )

# **O R D E R**

Upon consideration of the plaintiffs' Motion to Remand (Doc. #5) filed on July 9, 2007, it is hereby

ORDERED that the defendants file its response which shall include a brief and any evidentiary materials on or before July 24, 2007.  The plaintiffs may file a reply brief on or before July 31, 2007.

DONE this the 10th day of July, 2007.


_____
        /s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE