IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ARTIS WILLIAMS and BEVERLY WILLIAMS, Individually and as a dependent and next friend of Artis Williams, <br><br> Plaintiffs, <br><br> vs. <br><br> CNH AMERICA, LLC; BULLOCK COUNTY COMMISSION, et al. <br><br> Defendants. | ) ) ) ) ) ) ) ) ) CASE NO. 2007-CV-538 ) ) ) ) ) ) |

## CONFLICT DISCLOSURE STATEMENT

COME NOW, Artis Williams and Beverly Williams, plaintiffs in the above-captioned matter, and in accordance with the order of this Court, make the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

These parties are individuals.

/s/ Jere L. Beasley
JERE L. BEASLEY (BEA020)
J. GREG ALLEN (ALL021)
Attorneys for Plaintiffs

OF COUNSEL:

BEASLEY, ALLEN, CROW,
 METHVIN, PORTIS & MILES, P.C.
P.O. Box 4160
Montgomery, AL 36104
(334) 269-2343

PENN & SEABORN, LLC
P. O. Box 688
Clayton, AL 36016
(334) 738-4486

1

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed and served through Alafile the above and foregoing document upon all interested parties on this the 12th day of July, 2007, as follows:

/s/ Jere L. Beasley
OF COUNSEL

**Attys. for Defendant CNH America LLC**
Jere F. White, Jr.
J. Chandler Bailey
Hyde Carby
Lightfoot, Franklin & White LLC
The Clark Building
400 North 20th Street
Birmingham, AL  35203-3200

**Atty. for Defendant**
**Bullock County Commission**
Michael M. Eley
Webb & Eley, P.C.
P.O. Box 240909
Montgomery, AL  36124