IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ARTIS WILLIAMS, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| v.  ) | CASE NO. 2:07-cv-538-MEF |
| ) | |
| CNH AMERICA, LLC, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon consideration of CNH America, LLC's Motion for Leave to File a Surreply to Plaintiffs' Motion to Remand (Doc. # 12) filed on August 7, 2007, it is hereby ORDERED that the motion is GRANTED.

DONE this the 9th day of August, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE